**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BJORN J. GRUENWALD, | : | No. 42 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| HILBERT TECHNOLOGY INC., BRUCE J. | : | |
| CROWLEY, SIR JOHN MONTGOMERY | : | |
| CUNNINGHAME, CHARLES GLACKIN, | : | |
| AND K. PRINSRICHARD, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.